NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALCON, INC. AND ALCON RESEARCH, LTD.,**
*Plaintiffs-Appellees,*

v.

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellant.*

---

2010-1097

---

Appeal from the United States District Court for the District of Delaware in No. 06-CV-0234, Judge Sue L. Robinson.

---

## ORDER

Upon review of the parties' responses to this court's June 10, 2013 order,

IT IS ORDERED THAT:

(1) The appeal is reactivated.

(2) The appellant's opening brief is due within 60 days of the date of this order.

FOR THE COURT

July 22, 2013                          /s/ Daniel E. O'Toole
      Date                             Daniel E. O'Toole
                                       Clerk

cc:  Adam L. Perlman, Esq.
     Bruce M. Gagala, Esq.                      FILED
                                      U.S. COURT OF APPEALS FOR
s8                                        THE FEDERAL CIRCUIT

                                          JUL 22 2013

                                        DANIEL E. O'TOOLE
                                             CLERK